**Lynn Hughes**

*Please file.*

| | |
|---|---|
| **From:** | Wilson, Charles <ChaWilson@littler.com> |
| **Sent:** | Friday, December 10, 2021 3:30 PM |
| **To:** | Lynn Hughes; Crystina Huerta |
| **Cc:** | Cory Fein |
| **Subject:** | Case 4:21-cv-03822  Stark v. ABC Pediatric Clinic, P.A. et al |
| **Importance:** | High |

**CAUTION - EXTERNAL:**

Judge Hughes:

I apologize for missing yesterday's initial conference as I was away on a personal matter yesterday afternoon. Thank you for resetting the conference. My apologies to you Cory as well and I will circle back with you shortly.

Thank you.

**Charles H. Wilson**
Shareholder
713.652.4737 direct, 713.383.7885 mobile, 713.456.2481 fax
ChaWilson@littler.com

# Littler

Fueled by ingenuity. Inspired by you.

Labor & Employment Law Solutions | Local Everywhere
1301 McKinney Street, Suite 1900, Houston, TX 77010-3031

---

This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities. Please visit www.littler.com for more information.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.