IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **Jessica Stark,** § § | |
| v. § § § | Case No.  4:21-cv-03822 |
| **ABC Pediatric Clinic, P.A., et al.** § § | |

**PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO DISMISS ORIGINAL COUNTERCLAIM**

Plaintiff/Counterdefendant Jessica Stark ("Stark") files this reply in support of her Motion to Dismiss the original counterclaims of Defendant/Counterplaintiff ABC Pediatric Clinic, P.A. ("ABC".)

The parties agree that Stark's motion to dismiss was rendered moot when ABC filed its amended counterclaims. (Dkt. 10 at p. 1.) Accordingly, Stark will not substantively reply to ABC's response. Stark has moved to dismiss ABC's amended counterclaims (Dkt. 11) and will file a substantive reply to ABC's response to that motion.

**DATED:**     January 10, 2022

Respectfully submitted,

CORY FEIN LAW FIRM

By:     */s/ Cory S. Fein*
Cory S. Fein
Cory Fein Law Firm
712 Main St., Suite 800
Houston, TX 77002
cory@coryfeinlaw.com
(281) 254-7717 (phone)
(530) 748-0601 (fax)

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

  I, Cory S. Fein, certify that I filed this document with the Court's ECF system, on January 10, 2022, and thereby served all counsel of record.

               /s/ Cory S. Fein
               Cory S. Fein