UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Jessica Stark | § | |
| | § | |
| *versus* | § | Case Number: 4:21−cv−03822 |
| | § | |
| ABC Pediatric Clinic, P.A., et al. | § | |

## Notice of Reassignment

      Pursuant to General Order No. 2023−3, this case is reassigned to the docket of United States District Judge Drew B Tipton. Deadlines in scheduling orders remain in effect.

Date: February 13, 2023

Nathan Ochsner, Clerk