IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **Jessica Stark,** § <br> § <br> v. § <br> § <br> **ABC Pediatric Clinic, P.A., et al.** § <br> § | **Case No. 4:21-cv-03822** |

### NOTICE REGARDING MAGISTRATE

The parties advise the Court that they do not consent to the jurisdiction of Magistrate Judge Bray for all purposes.

Dated May 15, 2023                                     Respectfully submitted,


*/s/ Cory S. Fein*                                                          */s/ Charles H. Wilson*
Cory S. Fein                                                                 Charles H. Wilson (Attorney-in-Charge)
State Bar No. 06879450                                          Federal I.D. No. 34581
CORY FEIN LAW FIRM                                            Texas Bar No. 797678
712 Main Street, Suite 800                                      Jackson Lewis P.C.
Houston, Texas 77002                                             717 Texas Avenue. Suite 1700
Telephone: 713.730.5001                                       Houston, TX 77002
Facsimile: 530.748.0601                                         Telephone: (713) 650-0404
cory@coryfeinlaw.com                                          Charles.Wilson@jacksonlewis.com

**ATTORNEY FOR PLAINTIFF**                       **ATTORNEY FOR DEFENDANTS**


### CERTIFICATE OF SERVICE

I, Cory S. Fein, certify that I filed this document with the Court's ECF system, on May 15, 2023, and thereby served all counsel of record.

                                                            */s/ Cory S. Fein*
                                                            Cory S. Fein

1